

# CHRIS DANIEL   01-15-00275-CR

## HARRIS COUNTY DISTRICT CLERK

March 13, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/25/2015 1:03:08 PM
CHRISTOPHER A. PRINE
Clerk

MAVERICK RAY
ATTORNEY OF RECORD
1419 FRANKLIN
HOUSTON, TX 77002

Defendant's Name: WALTER HARVEY BALLARD, JR

Cause No: 1390115

Court: 183RD DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 2-27-15
**Sentence Imposed Date:** 2-27-15
**Court of Appeals Assignment:** **First Court of Appeals**
**Appeal Attorney of Record:** MAVERICK RAY

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC· Devon Anderson
     District Attorney
     Appellate Division
     Harris County, Texas

     BILLY JALUFKA (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause

1201 Franklin  P O Box 4651  Houston, Texas 77210-4651

Cause No. 1390115

**FILED**
Chris Daniel
District Clerk

FEB 27 2015

Time: _____
Harris County, Texas

By_____
Deputy

## THE STATE OF TEXAS

Walter H. Ballard Jr., A/K/A/ _____

__183__ District Court / County Criminal Court at Law No. _____

**Harris County, Texas**

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On __Feb 27, 2015__ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction

The undersigned attorney (check appropriate box):

- [X] MOVES to withdraw
- [ ] ADVISES the court that he will CONTINUE to represent the defendant on appeal

2-27-15
**Date**

_____
**Attorney (Signature)**

Walter Ballard
**Defendant (Printed name)**

Muvei.lle Ray
**Attorney (Printed name)**

24080451
**State Bar Number**

1419 Franklin
**Address**

281-947-2007
**Telephone Number**

The defendant (check all that apply):

- [X] REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him
- [X] ASKS the Court to ORDER that a free record be provided to him
- [X] ASKS the court to set BAIL

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

_____
**Defendant (Signature)**

WALTER H. BALLARD, Jr.
**Defendant's Printed name**

~~SWORN~~ TO AND SUBSCRIBED BEFORE ME ON __Feb 27, 2015__

By Deputy District Clerk of Harris County Texas _____

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

# ORDER

On _____ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time

☐ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record

    ☐ employing counsel and/or paying for a clerk's and court reporter's record

The Court **ORDERS** that

☐ Counsel's motion to withdraw is **GRANTED / DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☐ Defendant's / appellant's motion is **GRANTED** and

    ☐ Attorney _____
    Bar Card Number_____ SPN Number _____
    is **APPOINTED** to represent defendant / appellant on appeal

    ☐ Harris County Public Defender's Office (HCPD) is **APPOINTED** to represent
    defendant/appellant on appeal
    Assistant Public Defender Assigned by HCPD _____
    Bar Card Number_____ SPN Number _____

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to
    defendant / appellant

**BAIL IS**

☒ SET at $_____

☐ TO **CONTINUE** as presently set

☐ **DENIED** and is SET at NO BOND (Felony Only).

DATE SIGNED ~~2/2/15~~

_____
JUDGE PRESIDING,
DISTRICT COURT /
COUNTY/CRIMINAL COURT AT LAW NO ___,
HARRIS COUNTY, TEXAS

# APPEAL CARD

1st

Court 183rd   4-28-15   Cause No. 1390115

## The State of Texas
### Vs
Walter Harvey Ballarel Sr

Date Notice
Of Appeal: 02-27-2015   2-27-15

Presentation:      Vol._____ Pg._____

Judgment:      Vol._____ Pg._____

Judge Presiding _Terry Flenniken_
Court Reporter _Billy Jalutka_
Court Reporter _____
Court Reporter _____

Attorney
on Trial _Ray Maverick S_

Attorney
on Appeal _____

Appointed _____ Hired ✓

Offense _Poss child Pornography_

Jury Trial:      Yes ✓ No_____

Punishment
Assessed _13yrs TDC + 10,000 fine_

Companion Cases
(If Known) _N A_

Amount of
Appeal Bond _No Bond_

Appellant
Confined:      Yes ✓ No_____

Date Submitted
To Appeal Section _03-02-2015_

Deputy Clerk _____